◼ In the Matter of NANCY ALTIC et al., Respondents, v BOARD OF EDUCATION, ONONDAGA-CORTLAND-MADISON BOARD OF COOPERATIVE EDUCATIONAL SERVICES, et al., Appellants. [42 NYS3d 924]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lindley, Curran, Troutman and Scudder, JJ.

◼ In the Matter of JOYCE S., Appellant, v ROBERT W.S., Respondent. [42 NYS3d 923]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.

◼ RICCELLI ENTERPRISES, INC., et al., Respondents, v STATE OF NEW YORK WORKERS' COMPENSATION BOARD et al., Appellants. [42 NYS3d 920]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.

◼ MARGUERITE MITCHELL, Individually and as Administratrix of the Estate of JOHN K. MITCHELL, Deceased, Plaintiff, v NRG ENERGY, INC., et al., Defendants. NRG ENERGY, INC., et al., Third-Party Plaintiffs-Appellants, v INTERNATIONAL CHIMNEY CORP., Third-Party Defendant-Respondent. [42 NYS3d 920]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.

◼ In the Matter of JAMIE J. WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHELLE E.C., Appellant. [42 NYS3d 921]—Motion for leave to appeal to the Court of Appeals denied (see CPLR 5601 [a]; 5602 [a] [1] [i]). Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.

◼ In the Matter of Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and MICHAEL J. CAPPADONIA, Appellant. [42 NYS3d 920]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.

◼ CRANE-HOGAN STRUCTURAL SYSTEMS, INC., et al., Respondents, v MARY ELLEN BELDING, Appellant. [42 NYS3d 921]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.